# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN WINGERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CV-2024-JAR-KGG |
| ) | |
| KAABOOWORKS SERVICES, LLC, and ) | |
| THE MADISON COMPANIES, LLC, ) | |
| ) | |
| Defendants ) | |
| ) | |

## **MOTION FOR SUMMARY JUDGMENT**

Defendants KAABOOWorks Services, LLC, and The Madison Companies, LLC, pursuant to Fed. R. Civ. P. 56 and D. Kan. Rule 56.1, move for an Order entering summary judgment in their favor on all of Plaintiff's claims against them. In support of this Motion, Defendants file a Memorandum of Law in Support of Motion for Summary Judgment simultaneously herewith.

WHEREFORE, Defendants respectfully request this Court enter an Order granting summary judgment in its favor on Plaintiff's claims against them.

/s/ Alan L. Rupe
Alan L. Rupe, #08914
Jason D. Stitt, #22216
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
jason.stitt@lewisbrisbois.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2018, the foregoing was filed electronically using the court's electronic filing system which will send notice to all counsel of record in this case.

                                      /s/ Alan L. Rupe
                                      Alan L. Rupe